U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  THOMAS WARING            :        CHAPTER 13  (PMM)
       LEE ANNE WARING         :
       Debtors                 :        NO. 21-10374

## ORDER

AND NOW, this 2nd day of March, 2021, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **March 18, 2021** in which to file the Debtors' Schedules, Statement of Affairs, Form B22C, Chapter 13 Plan, and two months' income information.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge