# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | THOMAS WARING | : | CHAPTER 13 |
| | LEEANNE WARING | : | |
| | Debtor | : | BANKRUPTCY NO. 21-10374 |

## ORDER

**AND NOW**, this 17th day of March, 2021, upon Motion of the Debtor, the automatic stay in this case is extended beyond 30 days and for the duration of this case unless relief from same is granted.

BY THE COURT:

*Patricia M. Mayer*
_____
J.