United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Thomas Waring  
Lee Anne Waring  
    Debtors

Case No. 21-10374-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 23, 2021 | Form ID: 309I | Total Noticed: 56 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |
| tr | + | SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606-2265 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14583246 | + | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14583247 | + | Aes/suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14583249 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14583248 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 14583259 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14583260 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14583262 | + | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14583261 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14583265 | + | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14583269 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14583271 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14583272 | + | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14583270 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14583282 | + | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 14583281 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14583284 | + | Wind Gap Municipal Authority, John Molnar, Esquire, 6697 Sullivan Trail, Wind Gap, PA 18091-9790 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: support@ymalaw.com | Mar 24 2021 04:22:00 | PAUL H. YOUNG, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020 |
| smg | EDI: PENNDEPTREV | Mar 24 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 24 2021 04:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 24 2021 04:23:00 | United States Trustee, Office of United States |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| | | | | Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14583250 | + | Email/Text: legal@blirentals.com | Mar 24 2021 04:23:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14583252 | | EDI: CAPITALONE.COM | Mar 24 2021 03:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14583254 | | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14585270 | + | EDI: CHRM.COM | Mar 24 2021 03:33:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14585459 | + | EDI: CHRM.COM | Mar 24 2021 03:33:00 | CHRYSLER CAPITAL, P.O. BOX 961278, FORT WORTH, TX 76161-0278 |
| 14583251 | + | EDI: CAPITALONE.COM | Mar 24 2021 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14583253 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14583688 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14583731 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 04:23:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14583256 | + | EDI: CITICORP.COM | Mar 24 2021 03:33:00 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14583255 | + | EDI: CITICORP.COM | Mar 24 2021 03:33:00 | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14583258 | | EDI: DISCOVER.COM | Mar 24 2021 03:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14583257 | + | EDI: DISCOVER.COM | Mar 24 2021 03:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14583264 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2021 04:22:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14583263 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2021 04:22:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14583266 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 24 2021 04:22:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 14583267 | + | EDI: MID8.COM | Mar 24 2021 03:33:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14583268 | + | EDI: MID8.COM | Mar 24 2021 03:33:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14584040 | + | EDI: NFCU.COM | Mar 24 2021 03:33:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14583274 | | EDI: PRA.COM | Mar 24 2021 03:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14583273 | | EDI: PRA.COM | Mar 24 2021 03:33:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14584798 | + | EDI: Q3G.COM | Mar 24 2021 03:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14584512 | | EDI: Q3G.COM | Mar 24 2021 03:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14583275 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 24 2021 04:23:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |

Case 21-10374-pmm   Doc 23   Filed 03/25/21   Entered 03/26/21 00:54:51   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2021 | Form ID: 309I | Total Noticed: 56 |

| 14583276 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Mar 24 2021 04:23:00 | RMP Greensburg, 1809 N Broadway St, Greensburg, IN 47240-8217 |
|---|---|---|---|
| 14583277 | + EDI: DRIV.COM | Mar 24 2021 03:33:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14583278 | + EDI: CHRM.COM | Mar 24 2021 03:33:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14583279 | + EDI: STFM.COM | Mar 24 2021 03:33:00 | State Farm Bank, Attn: Bankrupcty, Po Box 2327, Bloomington, IL 61702-2327 |
| 14583280 | EDI: STFM.COM | Mar 24 2021 03:33:00 | State Farm Bank, Attn Credit Reporting, Bloomington, IL 61702 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14583283 | ##+ | Wind Gap Municipal Authority, The Molnar Law Offices, Routes 33 & 512, 6697 Sullivan Trail, Wind Gap, PA 18091-9790 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021              Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Thomas Waring<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3738<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | Lee Anne Waring<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–8542<br>EIN: __-_____ |
| United States Bankruptcy Court: Eastern District of Pennsylvania | | Date case filed for chapter: 13    2/16/21 |
| Case number: 21-10374-pmm | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Waring | Lee Anne Waring |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1635 Alpine Drive<br>Pen Argyl, PA 18072 | 1635 Alpine Drive<br>Pen Argyl, PA 18072 |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Contact phone (215) 639-5297<br>Email: support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779-1313<br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office -- 8:30 A.M. to 5:00 P.M;<br>Reading Office -- 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 3/23/21 |

**For more information, see page 2**

Official Form 309I          Notice of Chapter 13 Bankruptcy Case          page 1

Debtor **Thomas Waring** and **Lee Anne Waring**  Case number **21–10374–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2021 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/19/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/27/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/15/21** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1020.00 per month for 60 months. The hearing on confirmation will be held on:<br>**6/3/21** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |