```
?OH Dept:  20/3           000000-000000
DBX:    003144206
PA121-Slate Belt
```

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206

## Earnings Statement

Pay Rate:
Basis of Pay:       hourly
Pay Period:         11/15/2020 - 11/28/2020
Advice Date:        12/04/2020
Advice Number:
Batch Number:

LEEANNE    WARING
1635 Alpine Dr
Pen Argyl, PA  18072

Total Hours Worked:   81.90
Employer ID # PA 1081 0969

| Earnings      | Rate    | Hours/Units | Amount  | YTD      |
|---------------|---------|-------------|---------|----------|
| Regular       | 17.9900 | 78.90       | 1419.41 | 21927.09 |
| Overtime      | 27.2700 | 3.00        | 81.81   | 1233.34  |
| Holiday Diff 1| 1.7994  | 10.62       | 19.11   | 19.11    |
| Unschd PTO/VAC|         | 0.00        | 0.00    | 555.66   |
| PTO/VAC Adjust|         | 0.00        | 0.00    | 0.00     |
| ESL/SCK Adjust|         | 0.00        | 0.00    | 0.00     |
| COVID19 Emerge|         | 0.00        | 0.00    | 673.08   |
| Holiday 50+   |         | 0.00        | 0.00    | 167.39   |
| Wellness Rewar|         | 0.00        | 0.00    | 100.00   |
| PTO/VAC Hourly|         | 0.00        | 0.00    | 1553.07  |
| COVID Childcar|         | 0.00        | 0.00    | 2000.00  |
| Total Pay     |         | 81.90       | 1520.33 | 28228.74 |

Total hours excludes differentials and adjustments

| Deductions        | Current | YTD |
|-------------------|---------|-----|
| *Medical          |         |     |
| *Dental           |         |     |
| *Spectera Vision  |         |     |
| *Spouse Surcharge |         |     |
| Short Term Dsabl  |         |     |
| *401(k)           |         |     |
| 401K loan         |         |     |

| Taxes              |       |         |
|--------------------|-------|---------|
| Fed Withholdng     | 53.41 | 1392.08 |
| Fed MED/EE         | 15.48 | 305.47  |
| Fed OASDI/EE       | 66.20 | 1306.16 |
| PA Unempl EE       | 0.91  | 16.95   |
| PA Withholdng      | 32.75 | 645.95  |
| PA Withholdng      | 17.07 | 336.65  |
| PA LS Tax          | 0.00  | 40.00   |
| Total Tax Deductions| 185.82| 4043.26 |

Total Deductions       571.00     2396.34
Net Pay                763.51     21820.14
*Before Tax excluded from gross taxable
Fed Taxable Wages

### Employer Paid Benefits (**taxable)
Medical
Dental
Employee Asst Pro
Basic Life
Basic Life**
Other Benefits

### Leave Balance Summary
| | Start | Earned | | | |
|---|---|---|---|---|---|
| PTO | 0.00 | 124.00 | 109.00 | | |
| ESL | 0.00 | 90.00 | | | |

| Deposit | Type     | Account     | Amount |
|---------|----------|-------------|--------|
| Deposit | Checking | XXXXXX3862  | 763.51 |
| Net Check |        |             | 0.00   |

---

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0015218837
Advice Date: 12/04/2020

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Amount |
|-----------------------------|----------------|--------|
| LEEANNE WARING              | Checking XXXXXX3862 |  |
|                             | Total          |        |

20H Dept: 2023          000000-000000
DBX    003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206

# Earnings Statement

Pay Rate:
Basis of Pay:
Pay Period:
Advice Date:
Advice Number:
Batch Number:

LEEANNE    WARING
1635 Alpine Dr
Pen Argyl, PA 18072

Total Hours Worked:    75.83
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9900 | 75.83 | 1364.19 | 23291.27 |
| PTO/VAC Hourly | 17.9904 | 4.17 | 75.02 | 1628.09 |
| Unschd PTO/VAC |  | 0.00 | 0.00 | 555.66 |
| PTO/VAC Adjust |  | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust |  | 0.00 | 0.00 | 0.00 |
| COVID19 Emerge |  | 0.00 | 0.00 | 673.08 |
| Holiday 50% |  | 0.00 | 0.00 | 167.39 |
| Wellness Rewar |  | 0.00 | 0.00 | 100.00 |
| Holiday Diff 1 |  | 0.00 | 0.00 | 19.11 |
| COVID Childcar |  | 0.00 | 0.00 | 2000.00 |
| Overtime |  | 0.00 | 0.00 | 1233.34 |
| Total Pay |  | 80.00 | 1439.20 | 29667.94 |

Total hours excludes differentials and adjustments

### Taxes

| | | | |
|---|---|---|---|
| Fed Withholdng |  | 175.35 | 1567.43 |
| Fed MED/EE |  | 30.71 | 336.18 |
| Fed OASDI/EE |  | 131.29 | 1437.45 |
| PA Unempl EE |  | 0.87 | 17.82 |
| PA Withholdng |  | 64.97 | 710.92 |
| PA Withholdng |  | 33.86 | 370.51 |
| PA LS Tax |  | 2.00 | 42.00 |
| Total Tax Deductions |  | 438.05 | 4482.31 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 1,319.85 |
| Net Check |  |  | 0.00 |

### Deductions

| | Current | YTD |
|---|---|---|
| *Medical |  |  |
| *Dental |  |  |
| *Spectera Vision |  |  |
| *Spouse Surcharge |  |  |
| Short Term Disab |  |  |
| *401(k) |  |  |
| 401K Loan |  |  |

Total Deductions
Net Pay
*Before tax excluded from
Fed Taxable Wages

### Employer Paid Benefits (**taxable)

Medical
Dental
Employer Asst Pr.
Basic Life
Basic Life**
Other Benefits

### Leave Balance Summary

PTO
FSL

---

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0015284834
Advice Date: 12/18/2020

**THIS IS NOT A CHECK**

Deposited to the account of          Account Number          Amount
LEEANNE WARING                       Checking XXXXXX3862

Total

20H Dept: 2023        000000-000000
DBX      003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206

**Earnings Statement**

Pay Rate:
Basis of Pay:
Pay Period:
Advice Date:
Advice Number:
Batch Number:

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA 18072

Total Hours Worked:    78.87
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9900 | 77.70 | 1397.82 | 24689.09 |
| PTO/VAC Hourly | 17.9913 | 2.30 | 41.38 | 1669.47 |
| Critical Needs | 2.0000 | 78.87 | 157.74 | 157.74 |
| Disaster Pay | 17.9900 | 4.00 | 71.96 | 71.96 |
| Overtime | 28.2821 | 1.17 | 33.09 | 1266.43 |
| Unschd PTO/VAC | 0.00 | 0.00 | 0.00 | 555.66 |
| PTO/VAC Adjust | 0.00 | 0.00 | 0.00 | 0.00 |
| ESL/SCK Adjust | 0.00 | 0.00 | 0.00 | 0.00 |
| COVID19 Emerge | 0.00 | 0.00 | 0.00 | 673.08 |
| Holiday 50% | 0.00 | 0.00 | 0.00 | 167.39 |
| Wellness Rewar | 0.00 | 0.00 | 0.00 | 100.00 |
| Total Pay | | 85.17 | 1701.99 | 31369.93 |

Total hours excludes differentials and adjustments
Add'l earns for current period displayed on following pgs

| Deductions | Current | YTD |
|---|---|---|
| *Medical | | |
| Short Term Disab | | |
| *401(k) | | |
| *Dental | | |
| *Spectera Vision | | |
| *Spouse Surcharge | | |
| 401K Loan | | |

**Taxes**

| | | |
|---|---|---|
| Fed Withholdng | 110.23 | 1677.66 |
| Fed MED/EE | 23.02 | 359.20 |
| Fed OASDI/EE | 98.45 | 1535.90 |
| PA Unempl EE | 1.02 | 18.84 |
| PA Withholdng | 48.72 | 759.64 |
| PA Withholdng | 25.39 | 395.90 |
| PA LS Tax | 2.00 | 44.00 |
| Total Tax Deductions | 308.83 | 4791.14 |

Total Deductions
Net Pay
*Before Tax excluded from
Fed Taxable Wages

**Employer Paid Benefits (**taxable)**

Employee Asst Prog
Basic Life
Basic Life**
AD & D
Long Term Disabil
Other Benefits

| Deposit Type | Account | Amount |
|---|---|---|
| Deposit Checking | XXXXXX3862 | 1,177.69 |
| Net Check | | 0.00 |

**Leave Balance Summary**

Start  Earned  Taken  Adj  Bal
PTO
ESL

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0015350633
Advice Date: 12/31/2020

Deposited to the account of          Account Number                      Amount
LEEANNE WARING                     Checking XXXXXX3862

Total

THIS IS NOT A CHECK

FA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206

Total Hours Worked:    52.38
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9901 | 50.48 | 908.14 | 908.14 |
| Unschd PTO/VAC | 17.9900 | 24.00 | 431.76 | 431.76 |
| ESL/SCK Hourly | 17.9891 | 5.52 | 99.30 | 99.30 |
| Critical Needs | 2.0000 | 52.38 | 104.76 | 104.76 |
| Overtime | 28.2737 | 1.90 | 53.72 | 53.72 |

Total Pay    51.90    1597.68    1597.68
Total hours excludes differentials and adjustments

**Taxes**
| | | |
|---|---|---|
| Fed Withholdng | 96.84 | 96.84 |
| Fed MED/EE | 21.51 | 21.51 |
| Fed OASDI/EE | 91.99 | 91.99 |
| PA Unempl EE | 0.96 | 0.96 |
| PA Withholdng | 45.51 | 45.51 |
| PA Withholdng | 23.72 | 23.72 |
| PA LS Tax | 2.00 | 2.00 |
| Total Tax Deductions | 282.53 | 282.53 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 1,104.90 |
| Net Check | | | 0.00 |

**Earnings Statement**

Pay Rate:
Basis of Pay: Hourly
Pay Period:
Advice Date:
Advice Number:
Batch Number:

LEEANNE    WARING
1635 Alpine Dr
Pen Argyl, PA   18072

| Deductions | Current | YTD |
|---|---|---|
| Medical | | |
| Short Term Disab | | |
| 401(k) | | |

Total Deductions
Net Pay
*Before Tax
Fed Taxable Wages

**Employer Paid Benefits (**taxable)**

Employee Asst Pro
Basic Life
Basic Life**
AD & D
Long Term Disabil

**Leave Balance Summary**

| | Start | Earned | | | |
|---|---|---|---|---|---|
| PTO | | | | | |
| ESL | | | | | |

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number:    0015414474
Advice Date:    01/15/2021

**Deposited to the account of**
LEEANNE    WARING

Account Number    Amount
Checking  XXXXXX3862

Total

THIS IS NOT A CHECK

```
20H Dept: 2023                000000-000000
DBX    003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451


Emplid: 3144206
```

## Earnings Statement

Pay Rate:
Basis of Pay:
Pay Period:
Advice Date:          01/...
Advice Number:        0015480534
Batch Number:

LEEANNE    WARING
1635 Alpine Dr
Pen Argyl, PA  18072

Total Hours Worked:  86.11
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9900 | 78.28 | 1408.28 | 2316.40 |
| PTO/VAC Hourly | 17.9884 | 1.72 | 30.94 | 30.94 |
| Critical Needs | 2.0000 | 86.11 | 172.22 | 276.98 |
| Evening Diff 7 | 1.2597 | 3.08 | 3.88 | 3.88 |
| Overtime | 28.2401 | 7.83 | 221.12 | 274.54 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 431.76 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 99.30 |

| | | | | |
|---|---|---|---|---|
| Total Pay | | 87.83 | 1836.42 | 3434.10 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Medical | | |
| *Dental | | |
| Short Term Disabi | | |
| *401(k) | | |

| Taxes | | |
|---|---|---|
| Fed Withholdng | 124.96 | 220.90 |
| Fed MED/EE | 24.98 | 46.49 |
| Fed OASDI/EE | 106.79 | 198.78 |
| PA Unempl EE | 1.10 | 2.06 |
| PA Withholdng | 52.84 | 98.35 |
| PA Withholdng | 27.54 | 51.26 |
| PA LS Tax | 2.00 | 4.00 |
| Total Tax Deductions | 339.31 | 621.84 |

Total Deductions
Net Pay                              1274.92
*Before Tax excluded from ...
Fed Taxable Wages

### Employer Paid Benefits (**taxable)

Employee Asst Pgm
Basic Life
Basic Indmnt
LR V 2
Long Term Disabi

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 1,274.92 |
| Net Check | | | 0.00 |

### Leave Balance Summary

| | Start | Earned | Taken | | |
|---|---|---|---|---|---|
| PTO | 55.00 | 12.36 | | | |
| ESL | 25.77 | 5.26 | | | |

---

Bio-Med    Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham,  MA   02451

Advice Number:  0015480534
Advice Date:    01/29/2021

**THIS IS NOT A CHECK**

Deposited to the account of           Account Number                              Amount
LEEANNE    WARING                     Checking  XXXXXX3862
                                      Total

```
20H Dept: 2023           000000-000000
DBX     003144206
PA121-Slate Belt

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Emplid: 3144206
```

## Earnings Statement

Pay Rate:
Basis of Pay:
Pay Period:
Advice Date:
Advice Number:
Batch Number:

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA 18072

Total Hours Worked:  81.77
Employer ID # PA 1081 0969

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9900 | 72.15 | 1297.98 | 3614.38 |
| Critical Needs | 2.0000 | 81.77 | 163.53 | 440.52 |
| Overtime | 28.3971 | 9.62 | 273.18 | 548.02 |
| Disaster Pay | 17.9900 | 6.00 | 107.94 | 107.94 |
| Disaster Diff | 2.6977 | 6.12 | 16.51 | 16.51 |
| PTO/VAC Hourly | | 0.00 | 0.00 | 30.94 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 431.76 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 99.30 |
| Evening Diff 7 | | 0.00 | 0.00 | 3.88 |
| **Total Pay** | | 87.77 | 1859.15 | 5293.25 |

Total hours excludes differentials and adjustments

### Taxes

| | | |
|---|---|---|
| Fed Withholdng | 126.65 | 347.55 |
| Fed MED/EE | 25.30 | 71.79 |
| Fed OASDI/EE | 108.20 | 306.98 |
| PA Unempl EE | 1.12 | 3.18 |
| PA Withholdng | 53.54 | 151.89 |
| PA Withholdng | 27.90 | 79.16 |
| PA LS Tax | 2.00 | 6.00 |
| **Total Tax Deductions** | 344.71 | 966.55 |

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 1,291.11 |
| Net Check | | | 0.00 |

| Deductions | Current | YTD |
|---|---|---|
| *Dental | | |
| *Vision | | |
| *Spouse Surcharge | | |
| Short Term Disab | | |
| *401(k) | | |
| *Medical | | |

Total Deductions
Net Pay
*Before Tax excluded
Fed Taxable Wages

### Employer Paid Benefits (**taxable)

Employee Asst Pro
Basic Life
Basic Life**
AD & D
Long Term Disabil

### Leave Balance Summary

| | Start | Earned | Taken | | |
|---|---|---|---|---|---|
| PTO | | | | | |
| ESL | | | | | |

---

Bio-Med Appl of Pennsylvania
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0015546552
Advice Date: 02/12/2021

**Deposited to the account of** | **Account Number** | **Amount**
LEEANNE WARING | Checking XXXXXX3862 |

Total

*THIS IS NOT A CHECK*

PA121-Slate Belt

**Bio-Med Appl of Pennsylvania**
781/699-9000
920 Winter Street
Waltham, MA 02451

EmplId: 3144206

## Earnings Statement

Pay Rate:
Basis of Pay: Hourly
Pay Period:
Advice Date:
Advice Number:
Batch Number:

LEEANNE WARING
1635 Alpine Dr
Pen Argyl, PA 18072

Total Hours Worked: 74.79
Employer ID # PA 1081 0968

| Earnings | Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular | 17.9900 | 74.79 | 1345.47 | 4959.85 |
| PTO/VAC Hourly | 17.9894 | 4.73 | 85.09 | 116.03 |
| Critical Needs | 2.0000 | 74.79 | 149.58 | 590.10 |
| Disaster Pay | 18.0000 | 0.48 | 8.64 | 116.58 |
| Unschd PTO/VAC | | 0.00 | 0.00 | 431.76 |
| ESL/SCK Hourly | | 0.00 | 0.00 | 99.30 |
| Evening Diff 7 | | 0.00 | 0.00 | 3.89 |
| Disaster Diff | | 0.00 | 0.00 | 16.51 |
| Overtime | | 0.00 | 0.00 | 548.02 |
| **Total Pay** | | 80.00 | 1588.78 | 6882.03 |

Total hours excludes differentials and adjustments

| Deductions | Current | YTD |
|---|---|---|
| *Spouse Surcharge | | |
| Short Term Disab | | |
| *401(k) | | |
| *Medical | | |
| *Dental | | |
| *Vision | | |

| Taxes | | |
|---|---|---|
| Fed Withholdng | 95.83 | 443.38 |
| Fed MED/EE | 21.39 | 93.18 |
| Fed OASDI/EE | 91.44 | 398.42 |
| PA Unempl EE | 0.95 | 4.13 |
| PA Withholdng | 45.24 | 197.13 |
| PA Withholdng | 23.58 | 102.74 |
| PA LS Tax | 2.00 | 8.00 |
| **Total Tax Deductions** | 280.43 | 1246.98 |

Total Deductions
Net Pay
*Before Tax excluded
Fed Taxable Wages

### Employer Paid Benefits (**taxable)
Employee Asst Pro
Basic Life
Basic Life**
AD & D
Long Term Disabil

| Deposit | Type | Account | Amount |
|---|---|---|---|
| Deposit | Checking | XXXXXX3862 | 1,098.54 |
| Net Check | | | 0.00 |

### Leave Balance Summary
Start Earned Taken Adj
PTO
ESL

**Bio-Med Appl of Pennsylvania**
781/699-9000
920 Winter Street
Waltham, MA 02451

Advice Number: 0015612372
Advice Date: 02/26/2021

**THIS IS NOT A CHECK**

Deposited to the account of: LEEANNE WARING
Account Number: Checking XXXXXX3862
Amount:
Total