001864
CO.  FILE  DEPT.  CLOCK  VCHR. NO.  055
UP9  007847 550500         0000094394  1

# Earnings Statement

ADP

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Period Beginning: 02/15/2021
Period Ending: 02/28/2021
Pay Date: 03/05/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 76.75 | 1,682.36 | 6,417.08 |
| Overtime | 32.8800 | 10.00 | 328.80 | 928.86 |
| Bonus | | | | 690.03 |
| COVID pay | | | | 789.12 |
| **Gross Pay** | | | **$2,011.16** | 10,677.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.97 | 537.12 |
| | Social Security Tax | -108.31 | 580.12 |
| | Medicare Tax | -25.33 | 135.67 |
| | PA State Income Tax | -53.58 | 286.98 |
| | Hanover Twp Local Svc Tax | -2.00 | 10.00 |
| | Plainfield T Income Tax | -27.92 | 149.56 |
| | PA SUI Tax | -1.21 | 6.41 |
| | Other | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -20.11* | 103.73 |
| | Long Term Disb | -6.31 | 31.55 |
| | Med125 | -266.00* | 1,330.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| **Net Pay** | | | **$1,414.48** |
| Chking1 | | | -1,414.48 |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,725.05

**Other Benefits and Information** | this period | total to date
--- | --- | ---
Eligible Comp | 2,011.16 | 10,372.57
Employer Match | 20.11 | 103.73
Gtl Reportable | 1.90 | 9.50
Pto | 16.00 |
Pto Hours | | 24.00

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Married
Exemptions/Allowances:
  PA:   N/A

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number: 00000094394
Pay date: 03/05/2021

THIS IS NOT A CHECK

Deposited to the account of        account number    transit ABA       amount
THOMAS DANIEL WARING              xxxxxx3862       xxxx  xxxx       $1,414.48

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

002471
CO.   FILE   DEPT.   CLOCK   VCHR. NO.   056
UP0   007847   550500         0000070397   1

# Earnings Statement

**ADP**

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Period Beginning:  02/01/2021
Period Ending:     02/14/2021
Pay Date:          02/19/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 56.75 | 1,243.96 | 4,734.72 |
| Overtime | 32.8800 | 9.25 | 304.14 | 600.06 |
| Pto | 21.9200 | 20.00 | 438.40 | |
| Bonus | | | | 690.03 |
| COVID pay | | | | 789.12 |
| **Gross Pay** | | | **$1,986.50** | 8,666.17 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,700.63

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -73.52 | 461.15 |
| | Social Security Tax | -106.79 | 471.81 |
| | Medicare Tax | -24.97 | 110.34 |
| | PA State Income Tax | -52.82 | 233.40 |
| | Hanover Twp Local Svc Tax | -2.00 | 8.00 |
| | Plainfield T Income Tax | -27.53 | 121.64 |
| | PA SUI Tax | -1.19 | 5.20 |
| | **Other** | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -19.87* | 83.62 |
| | Long Term Disb | -6.31 | 25.24 |
| | Med125 | -266.00* | 1,064.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| | **Net Pay** | **$1,395.56** | |
| | Chking1 | -1,395.56 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Comp | 1,986.50 | 8,361.41 |
| Employer Match | 19.87 | 83.62 |
| Gtl Reportable | 1.90 | 7.60 |
| Pto | 8.00 | |
| Pto Hours | | 24.00 |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:            Married
Exemptions/Allowances:
  PA:            N/A

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number:  00000070397
Pay date:       02/19/2021

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| THOMAS DANIEL WARING | xxxxxx3862 | xxxx xxxx | $1,395.56 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
002777
CO.    FILE      DEPT.    CLOCK    VCHR NO.   055
UP9   007847   550500             0000050378    1
```

# Earnings Statement 

FRESHPET INC  
400 PLAZA DRIVE FL 1  
SECAUCUS NJ 07094  
COMPANY PH #: 201-520-4051

Period Beginning:  01/18/2021  
Period Ending:     01/31/2021  
Pay Date:          02/05/2021

Filing Status: Married filing jointly  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

THOMAS DANIEL WARING  
1635 ALPINE DRIVE  
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 72.75 | 1,594.68 | 3,490.76 |
| Overtime | 32.8800 | 9.00 | 295.92 | 295.92 |
| Pto | 21.9200 | 4.00 | 87.68 | |
| Bonus | | | | 690.03 |
| COVID pay | | | | 789.12 |
| **Gross Pay** | | | **$1,978.28** | 6,679.67 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,692.50

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.71 | 387.63 |
| | Social Security Tax | -106.28 | 365.02 |
| | Medicare Tax | -24.86 | 85.37 |
| | PA State Income Tax | -52.57 | 180.58 |
| | Hanover Twp Local Svc Tax | -2.00 | 6.00 |
| | Plainfield T Income Tax | -27.40 | 94.11 |
| | PA SUI/SDI Tax | -1.19 | 4.01 |
| | **Other** | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -19.78* | 63.75 |
| | Long Term Disb | -6.31 | 18.93 |
| | Med125 | -266.00* | 798.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| | **Net Pay** | **$1,389.24** | |
| | Chking1 | -1,389.24 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Comp | 1,978.28 | 6,374.91 |
| Employer Match | 19.78 | 63.75 |
| G.T.L. | 1.90 | 5.70 |
| Pto | 28.00 | |
| Pto Hours | | 4.00 |

**Important Notes**  
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:        Married  
Exemptions/Allowances:  
  PA:        N/A

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

FRESHPET INC  
400 PLAZA DRIVE FL 1  
SECAUCUS NJ 07094  
COMPANY PH #: 201-520-4051

Advice number:   00000050378  
Pay date:        02/05/2021

**THIS IS NOT A CHECK**

Deposited to the account of  
THOMAS DANIEL WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $1,389.24 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| UP9 | 007847 | 550500 | 002879 | 0000030383   055   1 |

## Earnings Statement

**ADP**

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Period Beginning:  01/04/2021
Period Ending:     01/17/2021
Pay Date:          01/22/2021

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 24.75 | 542.52 | 1,896.08 |
| COVID pay | 21.9200 | 36.00 | 789.12 | 789.12 |
| Gross Pay | | | $1,331.64 | 4,011.36 |

Your federal taxable wages this period are $1,052.32

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -8.69 | 163.97 |
| | Social Security Tax | -66.19 | 215.96 |
| | Medicare Tax | -15.48 | 50.51 |
| | PA State Income Tax | -32.72 | 106.82 |
| | Hanover Twp Local Svc Tax | -2.00 | 4.00 |
| | Plainfield T Income Tax | -17.05 | 55.67 |
| | PA SUI/SDI Tax | -0.80 | 2.41 |
| Other | | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -13.32* | 40.12 |
| | Long Term Disb | -6.31 | 12.62 |
| | Med125 | -266.00* | 532.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| Net Pay | | $893.14 | |
| Chking1 | | -893.14 | |
| Net Check | | $0.00 | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Eligible Comp | 1,331.64 | 4,011.36 |
| Employer Match | 13.32 | 40.12 |
| G.T.L. | 1.90 | 3.80 |
| Pto | 32.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:        Married
Exemptions/Allowances:
    PA:        N/A

* Excluded from federal taxable wages

---

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number:  00000030383
Pay date:       01/22/2021

Deposited to the account of
THOMAS DANIEL WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $893.14 |

**VOID** — THIS IS NOT A CHECK — **NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
002594
CO.  FILE    DEPT    CLOCK  VCHR NO.  055
UP9  007847 550500           0000010364  1
```

# Earnings Statement

**ADP**

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Period Beginning:  12/21/2020
Period Ending:     01/03/2021
Pay Date:          01/08/2021

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 61.75 | 1,353.56 | 1,353.56 |
| Holiday | 21.9200 | 48.00 | 1,052.16 | |
| Jury Duty | 21.9200 | 12.50 | 274.00 | |
| Gross Pay | | | $2,679.72 | 2,679.72 |

Your federal taxable wages this period are $2,386.92

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -155.28 | 155.28 |
| | Social Security Tax | -149.77 | 149.77 |
| | Medicare Tax | -35.03 | 35.03 |
| | PA State Income Tax | -74.10 | 74.10 |
| | Hanover Twp Local Svc Tax | -2.00 | 2.00 |
| | Plainfield T Income Tax | -38.62 | 38.62 |
| | PA SUI/SDI Tax | -1.61 | 1.61 |
| Other | | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -26.80* | 26.80 |
| | Long Term Disb | -6.31 | 6.31 |
| | Med125 | -266.00* | 266.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| Net Pay | | $1,914.26 | |
| Chking1 | | -1,914.26 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Comp | 2,679.72 | 2,679.72 |
| Employer Match | 26.80 | 26.80 |
| G.T.L. | 1.90 | 1.90 |
| Pto | 32.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:          Married
Exemptions/Allowances:
  PA:          N/A

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number:  00000010364
Pay date:       01/08/2021

Deposited to the account of
THOMAS DANIEL WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $1,914.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

■ THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT. ■

```
002672
CO:    FILE    DEPT.    CLOCK    VCHR. NO.    055
UP9    007847  550500             0000520348   1
```

# Earnings Statement 

**FRESHPET INC**
*400 PLAZA DRIVE FL 1*
*SECAUCUS NJ 07094*
*COMPANY PH #: 201-520-4051*

Period Beginning:   12/07/2020
Period Ending:      12/20/2020
Pay Date:           12/24/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 73.00 | 1,600.16 | 11,598.70 |
| Overtime | 32.8800 | 9.00 | 295.92 | 1,493.10 |
| Jury Duty | 21.9200 | 35.00 | 767.20 | |
| Bonus | | | | 101.04 |
| **Gross Pay** | | | **$2,663.28** | 16,543.39 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,545.65

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -175.82 | 968.17 |
| | Social Security Tax | -159.60 | 982.52 |
| | Medicare Tax | -37.32 | 229.78 |
| | PA State Income Tax | -78.97 | 482.98 |
| | Hanover Twp Local Svc Tax | -2.00 | 14.00 |
| | Plainfield T Income Tax | -41.16 | 251.72 |
| | PA SUI/SDI Tax | -1.60 | 9.93 |
| | **Other** | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -26.63* | 101.05 |
| | Long Term Disb | -6.31 | 12.62 |
| | Med125 | -91.00* | 710.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| **Net Pay** | | **$2,032.93** | |
| | Chking1 | -2,032.93 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Comp | 2,663.28 | 16,442.35 |
| Employer Match | 26.63 | 101.05 |
| G.T.L. | 1.90 | 13.70 |
| Pto | 24.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:    Married
Exemptions/Allowances:
    PA:    N/A

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number:    00000520348
Pay date:         12/24/2020

**THIS IS NOT A CHECK**

Deposited to the account of
THOMAS DANIEL WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $2,032.93 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
002063
CO.    FILE    DEPT.   CLOCK  VCHR NO.   055
UPS   007847  550500          0000500346  1
```

## Earnings Statement 

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Period Beginning: 11/23/2020
Period Ending: 12/06/2020
Pay Date: 12/11/2020

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table

THOMAS DANIEL WARING
1635 ALPINE DRIVE
PEN ARGYL PA 18072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.9200 | 73.75 | 1,616.60 | 9,998.54 |
| Holiday | 21.9200 | 24.00 | 526.08 | |
| Jury Duty | 21.9200 | 24.50 | 537.04 | |
| Overtime | | | | 1,197.18 |
| Bonus | | | | 101.04 |
| **Gross Pay** | | | **$2,679.72** | 13,880.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -177.78 | 792.35 |
| | Social Security Tax | -160.62 | 822.92 |
| | Medicare Tax | -37.57 | 192.46 |
| | PA State Income Tax | -79.47 | 404.01 |
| | Hanover Twp Local Svc Tax | -2.00 | 12.00 |
| | Plainfield T Income Tax | -41.42 | 210.56 |
| | PA SUI/SDI Tax | -1.61 | 8.33 |
| | **Other** | | |
| | Acc. Death & Di | -0.18 | |
| | Adp 401K$ | -26.80* | 74.42 |
| | Long Term Disb | -6.31 | 6.31 |
| | Med125 | -91.00* | 619.00 |
| | Supp. Life Ins. | -7.52 | |
| | Supp. Life Ins. | -1.88 | |
| | Supp. Life Ins. | -0.36 | |
| | **Net Pay** | **$2,045.20** | |
| | Chking1 | -2,045.20 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,561.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Eligible Comp | 2,679.72 | 13,779.07 |
| Employer Match | 26.80 | 74.42 |
| G.T.L. | 1.90 | 11.80 |
| Pto | 24.00 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
    PA:          Married
Exemptions/Allowances:
    PA:          N/A

---

FRESHPET INC
400 PLAZA DRIVE FL 1
SECAUCUS NJ 07094
COMPANY PH #: 201-520-4051

Advice number: 00000500346
Pay date: 12/11/2020

Deposited to the account of
THOMAS DANIEL WARING

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3862 | xxxx xxxx | $2,045.20 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.