UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Thomas Waring<br>    Lee Anne Waring<br><br>                    Debtors | Chapter 13<br>Bankruptcy No.21-10374-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 15th day of June, 2021, by first class mail upon those listed below:

Thomas Waring
Lee Anne Waring
1635 Alpine Drive
Pen Argyl, PA  18072

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366

                                                       */s/ Deborah A. Earnshaw*
                                                       Deborah A. Earnshaw
                                                       for
                                                       Scott F. Waterman, Esquire
                                                       Standing Chapter 13 Trustee