| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10374-PMM**

Thomas Waring  
Lee Anne Waring  
1635 Alpine Drive  
Pen Argyl  PA    18072

Petition Filed Date: 02/16/2021  
341 Hearing Date: 04/20/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $2,040.00 | | 05/24/2021 | $1,020.00 | | | | |

**Total Receipts for the Period:  $3,060.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LLC  »»  008 | Mortgage Arrears | $37,169.30 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP  »»  010 | Unsecured Creditors | $21,426.48 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP  »»  009 | Unsecured Creditors | $20,141.17 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES  »»  011 | Unsecured Creditors | $680.41 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES  »»  012 | Unsecured Creditors | $1,097.78 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES  »»  013 | Unsecured Creditors | $3,179.71 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES  »»  014 | Unsecured Creditors | $1,547.52 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES  »»  015 | Unsecured Creditors | $1,666.38 | $0.00 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES  »»  016 | Unsecured Creditors | $4,851.86 | $0.00 | $0.00 |
| 10 | EDUCATIONAL CREDIT MGMT CORP  »»  017 | Unsecured Creditors | $11,416.96 | $0.00 | $0.00 |
| 11 | FEDERAL LOAN SERVICING  »»  018 | Unsecured Creditors | $36,802.24 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10374-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,060.00 | Current Monthly Payment: | $1,020.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $244.80 | Total Plan Base: | $61,200.00 |
| Funds on Hand: | $2,815.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.