IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: THOMAS WARING<br>LEE ANNE WARING<br>**Debtor(s)** | )<br>)<br>)<br>) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | ) Case No.: 21-10374 (PMM)<br>)<br>)<br>) |
| v. | )<br>) |
| THOMAS WARING<br>LEE ANNE WARING<br>**Respondent(s)** | )<br>)<br>) |
| SCOTT F. WATERMAN<br>**Trustee** | )<br>) |

_____

**PRAECIPE WITHDRAWING CHRYSLER CAPITAL'S OBJECTION TO
CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Chrysler Capital's Objection To Confirmation, filed on or about
April 9, 2021 in the above-referenced case, number 25 on the docket.

Date:  3/3/22

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital