United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10374-pmm |
| Thomas Waring | Chapter 13 |
| Lee Anne Waring | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |
| 14583247 | + | Aes/suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14583246 | + | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14583249 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14583248 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 14583259 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14583260 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14583262 | + | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14583261 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14583265 | + | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14583269 | + | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14585940 | + | Nationstar Mortgage LLC, D/B/A Mr. Cooper, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14592566 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14592791 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14585626 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14583271 | + | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14583272 | + | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14583270 | + | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14598131 | + | Santander Consumer USA Inc. dba Chrysler Capital, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14597989 | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14583280 | | State Farm Bank, Attn Credit Reporting, Bloomington, IL 61702 |
| 14583282 | + | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 14583281 | + | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14604877 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14583284 | | Wind Gap Municipal Authority, John Molnar, Esquire, 6697 Sullivan Trail, Wind Gap, PA 18091 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14583250 | + | Email/Text: legal@blirentals.com | | |
| | | | Mar 03 2022 23:50:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14583252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 04 2022 00:00:18 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14583254 | | Email/Text: bankruptcy@cavps.com | | |
| | | | Mar 03 2022 23:50:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14585270 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 03 2022 23:50:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14585459 | + | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 21-10374-pmm    Doc 52    Filed 03/05/22    Entered 03/06/22 00:28:56    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 57 |

| ID | | Delivery method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 03 2022 23:50:00 | CHRYSLER CAPITAL, P.O. BOX 961278, FORT WORTH, TX 76161-0278 |
| 14583251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2022 00:00:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14583253 | + | Email/Text: bankruptcy@cavps.com | Mar 03 2022 23:50:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2322 |
| 14583688 | + | Email/Text: bankruptcy@cavps.com | Mar 03 2022 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14583731 | + | Email/Text: bankruptcy@cavps.com | Mar 03 2022 23:50:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14583256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:11 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14583255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:20 | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14583258 | | Email/Text: mrdiscen@discover.com | Mar 03 2022 23:49:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14583257 | + | Email/Text: mrdiscen@discover.com | Mar 03 2022 23:49:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14594739 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 03 2022 23:50:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14599471 | + | Email/Text: ECMCBKNotices@ecmc.org | Mar 03 2022 23:50:00 | ECMC, Lockbox #8682, PO Box 16478, St Paul, MN 55116-0478 |
| 14583264 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2022 23:49:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14583263 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 03 2022 23:49:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14583266 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 03 2022 23:49:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 14583279 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Mar 03 2022 23:50:00 | State Farm Bank, Attn: Bankrupcty, Po Box 2327, Bloomington, IL 61702 |
| 14583267 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14583268 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14583269 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 03 2022 23:50:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14584040 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 03 2022 23:50:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14592791 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 03 2022 23:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14592566 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 03 2022 23:50:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14583274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:11 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14583273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:11 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14597973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14597690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

Case 21-10374-pmm   Doc 52   Filed 03/05/22   Entered 03/06/22 00:28:56   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 57 |

| 14584798 | + | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 03 2022 23:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14584512 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Mar 03 2022 23:50:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14583275 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Mar 03 2022 23:50:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14583276 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | Mar 03 2022 23:50:00 | RMP Greensburg, 1809 N Broadway St, Greensburg, IN 47240-8217 |
| 14583277 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 03 2022 23:50:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14583278 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 03 2022 23:50:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14583281 | + | Email/Text: Bankruptcy@TekCollect.com | | |
| | | | Mar 03 2022 23:50:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14599099 | *+ | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14583283 | ## | Wind Gap Municipal Authority, The Molnar Law Offices, Routes 33 & 512, 6697 Sullivan Trail, Wind Gap, PA 18091 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 03, 2022 | Form ID: 155 | Total Noticed: 57 |

        ECFMail@ReadingCh13.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

        on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Thomas Waring and Lee Anne Waring
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10374−pmm

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 3,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

50
Form 155