## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Thomas Waring and Lee Anne Waring<br>              Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>              Movant<br>        vs.<br><br>SCOTT F. WATERMAN, Trustee<br>Thomas Waring and Lee Anne Waring<br>              Respondents | Chapter 13<br>Bankruptcy No. 21-10374-pmm |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.