# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Thomas Waring and Lee Anne Waring<br>Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, or its Successor or Assignee<br>Movant<br>vs.<br><br>SCOTT F. WATERMAN, Trustee<br>Thomas Waring and Lee Anne Waring<br>Respondents | Chapter 13<br>Bankruptcy No. 21-10374-pmm |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay is hereby APPROVED.

_____
Patricia M. Mayer
United States Bankruptcy Judge

**Date: August 1, 2022**