Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-10374-PMM**

Thomas Waring  
Lee Anne Waring  
1635 Alpine Drive  
Pen Argyl  PA    18072

Petition Filed Date: 02/16/2021  
341 Hearing Date: 04/20/2021  
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $2,040.00 | | 05/24/2021 | $1,020.00 | | 07/01/2021 | $1,020.00 | |
| 08/06/2021 | $1,020.00 | | 09/14/2021 | $1,020.00 | | 11/08/2021 | $2,040.00 | |
| 01/06/2022 | $1,020.00 | | 01/24/2022 | $1,020.00 | | 03/01/2022 | $2,256.00 | |
| 04/29/2022 | $1,230.00 | | 05/31/2022 | $1,237.01 | | 06/06/2022 | $1,237.01 | |
| 08/01/2022 | $1,260.00 | | | | | | | |

**Total Receipts for the Period: $17,420.02   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,420.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $37,169.30 | $6,604.59 | $30,564.71 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 010 | Unsecured Creditors | $21,426.48 | $0.00 | $21,426.48 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $20,141.17 | $0.00 | $20,141.17 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $680.41 | $0.00 | $680.41 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,097.78 | $0.00 | $1,097.78 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $3,179.71 | $0.00 | $3,179.71 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,547.52 | $0.00 | $1,547.52 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,666.38 | $0.00 | $1,666.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $4,851.86 | $0.00 | $4,851.86 |
| 10 | EDUCATIONAL CREDIT MGMT CORP<br>»» 017 | Unsecured Creditors | $11,416.96 | $0.00 | $11,416.96 |
| 11 | FEDERAL LOAN SERVICING<br>»» 018 | Unsecured Creditors | $36,802.24 | $0.00 | $36,802.24 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,367.03 | $0.00 | $1,367.03 |
| 13 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $135.38 | $0.00 | $135.38 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $52.01 | $0.00 | $52.01 |

**Chapter 13 Case No. 21-10374-PMM**

| 15 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $76.49 | $0.00 | $76.49 |
|---|---|---|---|---|---|
| 16 | SANTANDER CONSUMER USA INC »» 06S | Secured Creditors | $18,173.58 | $3,229.24 | $14,944.34 |
| 17 | SANTANDER CONSUMER USA INC »» 06U | Unsecured Creditors | $4,826.12 | $0.00 | $4,826.12 |
| 18 | NAVY FEDERAL CREDIT UNION »» 007 | Unsecured Creditors | $364.38 | $0.00 | $364.38 |
| 19 | STATE FARM BANK FSB »» 19S | Secured Creditors | $4,064.36 | $722.19 | $3,342.17 |
| 20 | STATE FARM BANK FSB »» 19U | Unsecured Creditors | $9,946.61 | $0.00 | $9,946.61 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 21 | CAVALRY SPV INVESTMENTS LLC »» 002 | Unsecured Creditors | $2,301.77 | $0.00 | $2,301.77 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,420.02 | Current Monthly Payment: | $1,236.00 |
| Paid to Claims: | $14,806.02 | Arrearages: | $195.98 |
| Paid to Trustee: | $1,454.80 | Total Plan Base: | $70,764.00 |
| Funds on Hand: | $1,159.20 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.