# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: THOMAS WARING**
      **LEE ANNE WARING**        : **Chapter 13**
:
: **Case No. 21-10374**
:
      **Debtor[s] .**        :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # \_\_\_, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # \_\_\_) is **approved**.

**Date:**                                         **PATRICIA M. MAYER**

**BANKRUPTCY JUDGE**