# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| Thomas Waring and Lee Anne Waring | : | **Chapter 13** |
| | : | |
| | : | **Case No. 21-10374-pmm** |
| | : | |
| **Debtors** | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 67, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 69) is **approved**.

*[Signature: Patricia M. Mayer]*

**Date:** 10/6/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**