| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-10374-PMM**

Thomas Waring
Lee Anne Waring
1635 Alpine Drive
Pen Argyl  PA    18072

Petition Filed Date: 02/16/2021
341 Hearing Date: 04/20/2021
Confirmation Date: 03/03/2022

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $1,260.00 | | 08/23/2022 | $1,236.00 | | 08/29/2022 | $1,236.00 | |
| 10/31/2022 | $1,265.00 | | 11/30/2022 | $1,269.00 | | 12/30/2022 | $1,269.12 | |
| 02/06/2023 | $1,270.00 | | 03/06/2023 | $1,269.00 | | 05/01/2023 | $2,520.00 | |
| 06/26/2023 | $1,269.00 | | 06/30/2023 | $1,269.00 | | | | |

**Total Receipts for the Period:  $15,132.12  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $31,292.14**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $37,169.30 | $15,113.81 | $22,055.49 |
| 2 | EDUCATIONAL CREDIT MGMT CORP<br>»» 010 | Unsecured Creditors | $21,426.48 | $0.00 | $21,426.48 |
| 3 | EDUCATIONAL CREDIT MGMT CORP<br>»» 009 | Unsecured Creditors | $20,141.17 | $0.00 | $20,141.17 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $680.41 | $0.00 | $680.41 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $1,097.78 | $0.00 | $1,097.78 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $3,179.71 | $0.00 | $3,179.71 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,547.52 | $0.00 | $1,547.52 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $1,666.38 | $0.00 | $1,666.38 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $4,851.86 | $0.00 | $4,851.86 |
| 10 | EDUCATIONAL CREDIT MGMT CORP<br>»» 017 | Unsecured Creditors | $11,416.96 | $0.00 | $11,416.96 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 018 | Unsecured Creditors | $36,802.24 | $0.00 | $36,802.24 |
| 12 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $1,367.03 | $0.00 | $1,367.03 |
| 13 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $135.38 | $0.00 | $135.38 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 004 | Unsecured Creditors | $52.01 | $0.00 | $52.01 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $76.49 | $0.00 | $76.49 |

**Chapter 13 Case No. 21-10374-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | SANTANDER CONSUMER USA INC<br>»» 06S | Secured Creditors | $18,173.58 | $7,389.76 | $10,783.82 |
| 17 | SANTANDER CONSUMER USA INC<br>»» 06U | Unsecured Creditors | $4,826.12 | $0.00 | $4,826.12 |
| 18 | NAVY FEDERAL CREDIT UNION<br>»» 007 | Unsecured Creditors | $364.38 | $0.00 | $364.38 |
| 19 | AFNI INC<br>»» 19S | Secured Creditors | $4,064.36 | $1,652.65 | $2,411.71 |
| 20 | AFNI INC<br>»» 19U | Unsecured Creditors | $9,946.61 | $0.00 | $9,946.61 |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $4,250.00 | $4,250.00 | $0.00 |
| 21 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $2,301.77 | $0.00 | $2,301.77 |
| 22 | NATIONSTAR MORTGAGE LLC<br>»» 08P | Mortgage Arrears | $1,038.00 | $270.78 | $767.22 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,292.14 | Current Monthly Payment: | $1,268.10 |
| Paid to Claims: | $28,677.00 | Arrearages: | $1,280.86 |
| Paid to Trustee: | $2,615.14 | Total Plan Base: | $71,884.10 |
| Funds on Hand: | $0.00 | | |

### NOTES:

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.