

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

October 9, 2023

Clerk of U.S. Bankruptcy Court
Eastern District of Pennsylvania – Reading
The Gateway Building
201 Penn Street
Reading, PA 19601

RE: LEEANNE WARING
SSN: XXX-XX-8542
BANKRUPTCY CASE#:  21-10374 pmm

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management Corporation (ECMC) for Claim #17 in the amount of $11,416.96 on April 14, 2021. Claim #17 is a duplicate of Claim #9.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at 888-363-4562.

Sincerely,

ECMC Senior Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408