**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Thomas Waring and Lee Anne Waring<br>            Debtor(s)<br><br>Nationstar Mortgage LLC, or its Successor or Assignee<br>                Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Thomas Waring and Lee Anne Waring<br>                Respondent(s) | Chapter 13<br>Bankruptcy No. 21-10374-pmm |

## ORDER

AND NOW, this __16th__ day of __October__, 2023, it is hereby ORDERED that the automatic stay of Bankruptcy Code 362(a) and 1301 be, and the same hereby is, MODIFIED to permit Nationstar Mortgage LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 1635 Alpine Drive, Pen Argyl, Pennsylvania 18072.

_____
Patricia M. Mayer
United States Bankruptcy Judge