United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10374-pmm

Thomas Waring     Chapter 13

Lee Anne Waring

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Oct 16, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MARISA MYERS COHEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Nationstar Mortgage LLC ecfmail@mwc-law.com mcohen@mwc-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 16, 2023 | Form ID: pdf900 | Total Noticed: 1 |

PAUL H. YOUNG
    on behalf of Debtor Thomas Waring support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Thomas Waring and Lee Anne Waring<br>                    Debtor(s)<br><br>Nationstar Mortgage LLC, or its Successor or Assignee<br>                    Movant<br>              vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Thomas Waring and Lee Anne Waring<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 21-10374-pmm |

### ORDER

AND NOW, this __16th__ day of __October__, 2023, it is hereby ORDERED that the automatic stay of Bankruptcy Code 362(a) and 1301 be, and the same hereby is, MODIFIED to permit Nationstar Mortgage LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 1635 Alpine Drive, Pen Argyl, Pennsylvania 18072.

_Patricia M. Mayer_
———————————————
Patricia M. Mayer
United States Bankruptcy Judge