United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 21-10374-pmm
Thomas Waring  Chapter 13
Lee Anne Waring
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Jan 11, 2024      Form ID: pdf900      Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Waring, Lee Anne Waring, 1635 Alpine Drive, Pen Argyl, PA 18072-9742 |
| 14820565 | | ECMC, LOCKBOX 8682, PO BOX 16478, ST. PAUL, MN 55116-0478 |
| 14583260 | + | FedLoan Servicing, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14583259 | + | FedLoan Servicing, Attention: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14585940 | + | Nationstar Mortgage LLC, D/B/A Mr. Cooper, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14598131 | #+ | Santander Consumer USA Inc. dba Chrysler Capital, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14583280 | | State Farm Bank, Attn Credit Reporting, Bloomington, IL 61702 |
| 14604877 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14759910 | | US Dept. of Education, PO BOX 790322, St.Louis MO 63179-0322 |
| 14583284 | | Wind Gap Municipal Authority, John Molnar, Esquire, 6697 Sullivan Trail, Wind Gap, PA 18091 |
| 14583283 | | Wind Gap Municipal Authority, The Molnar Law Offices, Routes 33 & 512, 6697 Sullivan Trail, Wind Gap, PA 18091 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 12 2024 00:03:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 12 2024 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14583246 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 00:03:00 | Aes/suntrust, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14583247 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 00:03:00 | Aes/suntrust, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14719472 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2024 00:18:58 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14583249 | ^ | MEBN | Jan 11 2024 23:56:59 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14583248 | ^ | MEBN | Jan 11 2024 23:57:00 | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 14583250 | + | Email/Text: legal@blirentals.com | Jan 12 2024 00:03:00 | BLI Rentals, LLC, PO Box 992, Emporia, KS 66801-0992 |
| 14583252 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 00:19:51 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14583254 | | Email/Text: bankruptcy@cavps.com | | |

Case 21-10374-pmm   Doc 91   Filed 01/13/24   Entered 01/14/24 00:28:44   Desc Imaged
Certificate of Notice   Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 12 2024 00:04:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14585270 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:04:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14585459 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:04:00 | CHRYSLER CAPITAL, P.O. BOX 961278, FORT WORTH, TX 76161-0278 |
| 14583251 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2024 00:05:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14583253 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14583688 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14583731 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2024 00:04:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14583256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:19:50 | Citibank/Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14583255 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 00:18:56 | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14583258 | | Email/Text: mrdiscen@discover.com | Jan 12 2024 00:03:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14583257 | + | Email/Text: mrdiscen@discover.com | Jan 12 2024 00:03:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14594739 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2024 00:03:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14599471 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 12 2024 00:03:00 | ECMC, Lockbox #8682, PO Box 16478, St Paul, MN 55116-0478 |
| 14583262 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 12 2024 00:04:00 | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14583261 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 12 2024 00:04:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14583264 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 00:03:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14583263 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 00:03:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14583266 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 12 2024 00:03:00 | Lendmark Financial Services, 2118 Usher St Nw, Covington, GA 30014 |
| 14583279 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Jan 12 2024 00:03:00 | State Farm Bank, Attn: Bankrupcty, Po Box 2327, Bloomington, IL 61702 |
| 14583265 | ^ | MEBN | Jan 11 2024 23:57:03 | Lendmark Financial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 14583267 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 00:03:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14583268 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 12 2024 00:03:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14583269 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 00:03:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14584040 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 12 2024 00:04:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14585626 | ^ | MEBN | Jan 11 2024 23:57:07 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14592791 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14592566 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 00:03:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14583271 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 00:03:00 | PHEAA/HCB, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1444 |
| 14583272 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 00:03:00 | PHEAA/HCB, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14583274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:19:28 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14583273 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:06:12 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14597973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:05:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14597690 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 12 2024 00:05:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14583270 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2024 00:03:00 | Pacific Union Financial, 1603 Lbj Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14584798 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14584512 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2024 00:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14583275 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 12 2024 00:04:00 | RMP Greensburg, Attn: Bankruptcy Dept, Po Box 349, Greensburg, IN 47240-0349 |
| 14583276 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jan 12 2024 00:04:00 | RMP Greensburg, 1809 N Broadway St, Greensburg, IN 47240-8217 |
| 14583277 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:03:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 14583278 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:04:00 | Santander Consumer USA, Po Box 961275, Fort Worth, TX 76161-0275 |
| 14597989 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 00:04:00 | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14583282 | + | Email/Text: Bankruptcy@TekCollect.com | Jan 12 2024 00:03:00 | TekCollect Inc, 871 Park St, Columbus, OH 43215-1441 |
| 14583281 | + | Email/Text: Bankruptcy@TekCollect.com | Jan 12 2024 00:03:00 | TekCollect Inc, Po Box 1269, Columbus, OH 43216-1269 |
| 14759760 | + | Email/Text: EBN@edfinancial.com | Jan 12 2024 00:03:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14599099 | *+ | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2024               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER nj-ecfmail@mwc-law.com bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| MARISA MYERS COHEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ecfmail@mwc-law.com mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor Nationstar Mortgage LLC ecfmail@mwc-law.com mcohen@mwc-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Lee Anne Waring support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Thomas Waring

    Lee Anne Waring

                    Debtors

Chapter 13

Bankruptcy No. 21-10374-PMM

## ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 11, 2024**

*Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE