## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Thomas Waring** <br> **Lee Anne Waring** <br>                    **Debtor(s)** <br><br> **Nationstar Mortgage LLC** <br>                    **Movant** <br><br> vs. <br><br> **Thomas Waring** <br> **Lee Anne Waring** <br>                    **Debtor(s)** <br><br> **Scott F. Waterman**, <br>                    **Trustee** | **BK NO. 21-10374 PMM** <br><br> **Chapter 13** <br><br> **Related to Claim No. 8-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 19, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Thomas Waring
1635 Alpine Drive
Pen Argyl, PA 18072

Lee Anne Waring
1635 Alpine Drive
Pen Argyl, PA 18072

<u>Attorney for Debtor(s)</u>
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

<u>Trustee</u>
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: <u>January 19, 2023</u>

                                                                **/s/Michael P. Farrington Esq.**
                                                                Michael P. Farrington Esq.
                                                                Attorney I.D. 329636
                                                                KML Law Group, P.C.
                                                                BNY Mellon Independence Center
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106
                                                                (215) 825-6488
                                                                mfarrington@kmllawgroup.com